UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. FLAMM,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO LTD, et al.,<br><br>            Defendants. | Case No. 16-cv-02252 BLF   (NC)<br><br>**ORDER TO PARTIES TO SHOW CAUSE**<br><br>Re: Dkt. No. 22 |

In their joint discovery letter brief filed on June 24, Dkt. No. 84, the parties asked that the Court not take up the issue of plaintiff's disputed infringement contentions until after District Court Judge Beth Labson Freeman ruled on a motion to stay the litigation. Subsequently, in an order vacating the hearing on the motion to stay, Judge Freeman ordered that "Discovery shall proceed pursuant to the provisions of the Patent Local Rules." Dkt. No. 94. By August 9, the parties must file an update to their discovery brief indicating whether they wish the discovery dispute to be heard on August 17 at 1:00 p.m. before Magistrate Judge Cousins or withdrawn without prejudice.

**IT IS SO ORDERED.**

Dated: August 2, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-02252 BLF